

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Nacomas Eugene Sauls,          * From the 142nd District Court
of Midland County,
Trial Court No. CR55027.

Vs. No. 11-22-00146-CR        * June 9, 2022

The State of Texas,            * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Nacomas Eugene Sauls's "Waiver of Appeal," which we filed as a motion to dismiss, and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.